**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


EAST HILL PROPERTY MANAGEMENT : No. 70 MM 2019
AND WILLIAM C. HUYLER, III, :
:
Respondents :
:
:
:
v. :
:
:
STEVEN AND ALINA VOLKOVA-BURDA, :
:
Petitioners :


## ORDER


**PER CURIAM**

    **AND NOW**, this 9th day of September, 2019, the Application for Nunc Pro Tunc Reconsideration is DENIED.